**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| ALONZO GAY, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :    CASE NO.: 7:25-CV-108 (LAG) |
| | : |
| GEORGIA DEPARTMENT OF | : |
| CORRECTIONS, *et al.*, | : |
| | : |
|     Defendants. | : |
| | : |

## ORDER

On February 6, 2026, Plaintiff emailed the Court requesting a conference, pursuant to the Scheduling and Discovery Order (Doc. 17). (See Email from William Smith, Plaintiff's Counsel, to Marcia Alvarez Benavidez, Courtroom Deputy (Feb. 6, 2026, 4:56 PM EST) (on file with the Court)). The Court hereby Orders that the discovery issue raised in Plaintiff's email be **REFERRED** to Magistrate Judge Alfreda Sheppard.

**SO ORDERED**, this 12th day of February, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**